UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

Case Name: _James Arthur Nolte_   Case Number: _08-00109_

Chapter _7_

TRUSTEE FUNDS SUBMISSION FORM

____ Attached is a check in the amount of $_____ for deferred filing fees or other court costs as listed below:

Adversary Case No. _____   $_____
Adversary Case No. _____   $_____
Other: _____   $_____

____ Attached is a check in the amount of $_____ for claims under $5.00 to be treated as unclaimed funds pursuant to Bankruptcy Rule 3010(a). Such check consists of funds due to the Claimant(s) listed below.

_✓_ Attached is a check which reflects unclaimed funds in the amount of $_91.50_, due to returned checks and for checks not presented for payment within 90 days, etc. Such check consists of funds returned from the claimant(s) listed below:

| CLAIM NUMBER | CLAIMANT (name & address) | SSN (last 4 digits only) or FEIN (all digits) | AMOUNT OF UNCLAIMED FUNDS |
|---|---|---|---|
| #5 | Bank of America  11826 Tech Com Rd #108  San Antonio, TX 78233-6012 | _____ | $91.50 |
| ____ | _____ | _____ | $_____ |
| ____ | _____ | _____ | $_____ |
| ____ | _____ | _____ | $_____ |

Dated: _2-26-10_

_____
Trustee

Case 2:08-bk-00109    Doc 64    Filed 03/03/10    Entered 03/03/10 10:58:20    Desc Main
Document    Page 1 of 1